Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

_____ Division

|  |  |
|---|---|
| Roscoe Chambers | Case No. 3:18cv 2251 |
| Plaintiff(s) | (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | Demand for Jury Trial |
| | Speedy Trial |
| Dr Andrew M. EDinger et.al | |
| Defendant(s) | **FILED** |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | **SCRANTON** |
| See attached | NOV 23 2018 |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS PER _____

(Prisoner Complaint)                                    DEPUTY CLERK

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Attachment

Defendants - Cover
PA J sheroski
PA-C Jessie Ayers
B Lammer
Steven Brown
CMC J Reibsome
S.I.A. fosnut
K Gemberling
%o J Guerrisky
Lt D Knapp
Deputy Captain Konkle
Dr Parnass
Lt Leonwicz

page 1a

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                    Roscoe Chambers

All other names by which
you have been known:

ID Number               13495-030

Current Institution     USP Lewisburg

Address                 P.O. Box 1000

                        Lewisburg          PA        17837
                        City               State     Zip Code

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
    Name                    Doctor Andrew M EDinger
    Job or Title *(if known)*  Director of Medical
    Shield Number
    Employer                USP Lewisburg - F.B.O.P.
    Address                 2400 Robert F. Miller Drive P.O. Box 1000
                            Lewisburg          PA        17837
                            City               State     Zip Code

    ☒ Individual capacity   ☐ Official capacity

Defendant No. 2
    Name                    PA J. SherosKi
    Job or Title *(if known)*  Physician Assistant
    Shield Number
    Employer                U.S.P. Lewisburg - F.B.O.P
    Address                 2400 Robert F. Miller Drive PO Box 1000
                            Lewisburg          PA        17837
                            City               State     Zip Code

    ☒ Individual capacity   ☐ Official capacity

| | |
|---|---|
| Defendant #5 | |
| Name | Doctor Parness |
| JoB or Title | Dentist |
| Shield # | |
| Employer | USP Lewisburg - F.B.O.P. |
| Address | 2400 Robert F. Miller Drive P.O. Box 1000 |
| | Lewisburg PA 17837 |
| | ☒ Individual Capacity |
| Defendant # 6 | |
| Name | Steven Brown |
| JoB or Title | Healthe Service Administrator |
| shield # | |
| Employer | USP Lewisburg - F.B.O.P. |
| Address | 2400 Robert F. Miller Drive P.O. Box 1000 |
| | Lewisburg PA 17837 |
| | ☒ Individual Capacity |
| Defendant #7 | |
| Name | J. Reibsome |
| JoB or Title | C M C |
| shield # | |
| Employer | USP Lewisburg - F.B.O.P. |
| Address | 2400 Robert F. Miller Drive P.O. Box 1000 |
| | Lewisburg PA 17837 |
| | ☒ Individual Capacity |

page 3 a (1)

| Defendant #8 | |
|---|---|
| Name | fosnut |
| JoB or Title | Special Investigator Officer |
| Shield # | |
| Employer | USP Lewisburg — F.B.O.P |
| Address | 2400 Robert F Miller Drive P.O. Box 1000 |
| | Lewisburg PA 17837 |
| | ☒ Individual Capacity |
| Defendant #9 | |
| name | K Gemberlina |
| JoB or Title | Counsel |
| Shield # | |
| Employer | USP Lewisburg — F.B.O.P. |
| Address | 2400 Robert F Miller Drive P.O. Box 1000 |
| | Lewisburg PA 17837 |
| | ☒ Individual Capacity |
| Defendant #10 | |
| Name | J Guerrisky |
| JoB or Title | Correctional officer |
| Shield# | |
| Employer | USP Lewisburg —F.B.O.P. |
| Address | 2400 Robert F. Miller Drive P.O. Box 1000 |
| | Lewisburg PA 17837 |
| | ☒ Individual Capacity |

Page 3a (2)

Defendant #11

| | |
|---|---|
| Name | D Knapp |
| Job or title | S.I.S. Lt. |
| Shield # | |
| Employer | USP Lewisburg – F.B.O.P. |
| Address | 2400 Robert F Miller Drive P.O. Box 1000 |
| | Lewisburg  PA 17837 |
| | ☒ Individual Capacity |

Defendant #12

| | |
|---|---|
| Name | KonKle |
| Job or title | Deputy Captain |
| Shield # | |
| Employer | USP Lewisburg – F.B.O.P. |
| Address | 2400 Robert F Miller Drive P.O. Box 1000 |
| | Lewisburg PA 17837 |
| | ☒ Individual Capacity |

Defendant #13

| | |
|---|---|
| Name | Leonwicz |
| Job or title | Luetenant – Lt |
| Shield # | |
| Employer | USP Lewisburg – F.B.O.P. |
| Address | 2400 Robert F Miller Drive – Po Box 1000 |
| | Lewisburg  PA 17837 |
| | ☒ Individual Capacity |

page 3g ③

Defendant No. 3
Name                                    Jessie Ayers
Job or Title *(if known)*               PA-C
Shield Number
Employer                                USP Lewisburg — F.B.O.P.
Address                                 2400 Robert F. Miller Drive PO Box 1000
                                        Lewisburg          PA        17837
                                        City               State     Zip Code
☒ Individual capacity    ☐ Official capacity

Defendant No. 4
Name                                    B Lammer
Job or Title *(if known)*               Associate Warden of Operations
Shield Number
Employer                                USP Lewisburg — F.B.O.P.
Address                                 2400 Robert F. Miller Drive P.O. Box 1000
                                        Lewisburg          PA        17837
                                        City               State     Zip Code
☒ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? 8th Amendment - Deliberate indifference, Cruel and unusual punishment, 1st Amendment violation, Retaliation

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendant # 1 Doctor Andrew M EDinger Conspired with Dr Parness to fabricate a false medical Issue to deny my medical trans- fer and knee surgery in June & July of 2018

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☒ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

within institution

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

from Dec 16-2017 until Nov 16,2018 at United States penitentiary Lewisburg

Basis for Jurisdiction  Part D

Defendant #2 Mrs sherosKi was aware of my damage feet and the outside doctor recommendation for surgery, the PA sheroski refuse to put Chambers in for surgery

The event arised in the institution, from feb – NOV 2018

Defendant #3 Jessic Ayers denied chambers adequate medical care and refuse to put chambers in for Knee, and feet surgery refuse to give chambers appropriate pain medication, and Kept lying to chambers about the Knee – surgery ;

The events arised in the institution WP Lewisburg from Jan 2018– 11 –2018

Defendant #4 Blammer – Ass warden of Operation, was aware of chambers severe medical needs, refuse to exhaust Chambers request or put chambers in for transfer to medical facility, and cove-up for Dr Andrew EDinger and Dr Parnass by about chambers Infection : refuse to have S.I.A or Internal Affair investigate .

The events arised in the institution WP Lewisburg from Jan 2018 – NOV 2018

Defendant #5 Dr Mark Parnass Conspired with doctor

page 4a (1)

Andrew EDinger to fabricate a false medical issue to improperly deny chambers transfer to a medical facility, to retaliate for chambers filing Administration remedy's against Dr EDinger and other medical staff.

These events happened in the institution at USP Lewisburg from June 2018 - NOV 2018

Defendant #6 Steven Brown refuse to exhaust Chambers administrative remedy and request to be transferred to a medical facility for surgery and help Dr EDinger cover-up his false medical conditions
These events occured in the USP Lewisburg from Jan 2018 - NOV 2018

Defendant #7 J Reibsone violated chambers First Amendment right to receive mail, this CMC Kept returning mail to the court and chambers family and friends saying Chambers was not at USP Lewisburg which denied Chambers to miss court deadlines and his obligations to address court issues

These events arised at USP Lewisburg from June 2018 until Nov 2018

Defendant #8 S.I.A officer fosnut where deliberate

Page 4 a (2)

Indifference to Chambers safety and well being; this S.I.A officer refuse to investigate Chambers being assaulted by USP Lewisburg staff on June 8, 2018, this S.I.A officer refuse to investigate Dr EDinger and Dr Parness fab- ricated medical Issue to help staff cover-up and retaluate against Chambers, this special investigator refuse to investigate Chambers continue harrassment by staff to cover-up their illegal acts

These events occured at USP Lewisburg from Dec 18—2018 thru Nov 2018

Defendant #9 K Gemberling violated chambers 1st Amendment right by witholder chambers mail which containeed a Bp10 on 10-22-18 to deny chambers the right to grievance the B.O.P.
This event occured on Oct 22, 2018

Defendant #11 Lt D Napp violated chambers first Amend- ment right to file a grievance, this staff denyed chambers a interview with S.I A and Internal Affairs to help Doctor EDinger and Parness cover-up there Lie,

These events occured at USP Lewisburg on Oct 10 2018

Defendant #12 Deputy Captain Konkle violated my first

page 4a ③

Amendment right to file agrievance against EDinger and Parness by denying me to be interviewed by S.I.A office and Internal Affairs to help these staff Obstruct Justice,

These events occured at USP Lewisburg from June 2018 thru Nov 2018

Defendant #13  Lt Leonwicz  violated chambers eighth Amendment rights - by intentionally cutting the heat off,

These events occured at USP Lewisburg from Nov 7 2018 thru NOV still going?

Defendant # 10 Correctional officer J Guerrisky put some rat poison in my breakfast food in a attempt to Kill me,

These events occured on Oct 28, 2018 at USP Lewisburg I gave the poison to S.I.A officer fosnut, I also Ask the staff to preserve the camera footage,

C.    **What date and approximate time did the events giving rise to your claim(s) occur?**

As to Defendant # 1 I Dont Know the exact Day between June + July of 2018 as to the other defendants the dates are documented thru Administrative remedy

D.    **What are the facts underlying your claim(s)?** *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

as to Defendant # 1 EDinger I have not been transfers to a medical hospital, My Injury's are worser and I'm in constant pain Its hard to walk or stand up, the whole staff is aware, as well as the other claims,

V.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

as to Defendant # 1 my Injuries have worsen I can't sleep most nights and I'm in fear for my safety I have loose bones fragments in my Knee's they could cut a vein or Artery i my mall is still being delayed, I'm losing sleep cause its cold and making my Injurys worser

VI.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

as to defendant # 1 I want Dr Andrew EDinger fired, I want to be transfered to a medical facility and have both my Knee's replaced, my feet's operated on the bone growth removed from my right foot and for Each Defendant to pay me $250,000.00 and the F.B.O.P. to pay me $10,000,000.00 for pain and suffering and mental Anguish

Statement of Claim

C as to Defendant #2 between Jan 2018 - Nov 2018
D, Its on filed see Bp-9 form attached to civil complaint

V as to defendant #2 my injuries have worsen

Defendant #3 Mrs Ayers between Jan 2018 - Nov 2018
Its on filed see medical records
Vi as to defendant #3 my injuries have worsen

Defendant #4 B lammer refuse to exhaust my remedy to coverups
staff misconduct, my injuries are worsen, from Jan 2018 - Nov
Documents attached to civil complaint,
V as to defendant #4 my injuries have worsen,

Defendant #5 Dr Mark Parnass has cause mental anguish from
June 2018 - Nov 2018
Its on filed and attached to the civil complaint,
Vi my injuries have worsened,

Defendant #6 Steven Brown between Jan - 2018 - Nov 2018
Its on file see my medical records
V as to defendant #5 my injuries have worsen,

Defendant #7 J Reisbome from June 2018 - Nov 2018
Bp-9 forms attached to civil complaint
V this CMC has Denied me access to the Courts

page 5a (1)

and have denied the court access to me, sending the mail
Back saying undeliverable,

Defendant #8 S, IA for nut events since Jan 2018 - Nov 2018
This S, IA office refuse to investigate staff to help them
cover-up there illegal acts  see Bp 9 forms attached,
√ My life and health is in danger because of this defendants

Defendant #9 K Gremberling events August 2018 - Nov 2018
This staff witheld my outgoing mail and refuse to process my
Bp 8 to help staff cover-up there illegal act
√ My rights are violated 1st Amendmant I miss court deadlines
and administrative remedy deadlines,

Defendant #10 Correctional officer J Guerrisky tried to kill me
This staff put rat poison in my food, I don't know how
much I ingested before I notice
√ I feel sick and weak, I need to go to a poison control
Center, occurred on 10-26-18

Defendant #11 Lt D Napp events since March 2018 - Nov 2018
This staff suspended my first Amendmant rights to cover-up
staff illegall conduct,
√ I am in constant fear of my life and safety I am const-
antly harrassed and threaten by these staff and now poison
and continue denied medical care,

page 5a (2)

Defendant #12 Events occured

C approximate date 10-10-18 • 8-16-18 this Cap-tain has suspended my rights to cover-up staff illegal conduct

D See BP-9 forms attached

V my medical and mental health has worsen because now these staff keep harrassing me and threatening me,

Defendant # 13 Lt Leonwicz event occured on NOV)2018 my bones hurts its so cold in my sell I can't sleep. See Administrative retrieval for B.O.P.

VI my medical situation is worse I can't sleep Im up all night and day, I am a diabetic and its affecting my insulin level,

As I request relief, I request these staff be fired, I request to be transfered to a medical facility, where I receive two knee replacements to feet surgery and the bone growth on the bottom of my right foot removed, I request each Defendant award me $250,000.00 dollars and the F.B.O.P. United States Government award me $10,000,000.00 dollars for pain and suffering and mental angursh

page 5 g (3)

**VII. Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

□ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

USP Lewisburg

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

□ No

□ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

□ No

□ Do not know

If yes, which claim(s)?

All throu the 28 C.F.R. § 542.10-18

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose
    concerning the facts relating to this complaint?

    ☒ Yes

    ☐ No

    If no, did you file a grievance about the events described in this complaint at any other jail, prison, or
    other correctional facility?

    ☐ Yes

    ☐ No

E.  If you did file a grievance:

    1.  Where did you file the grievance? *At USP Lewisburg*

    2.  What did you claim in your grievance? *Staff misconduct, denied adequate medical Attention, retaliation, violation of 1st Amendment rights, Attempt Murder,*

    3.  What was the result, if any? *The one's they process was not granted In order to coverup the staff's misconduct*

    4.  What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If
        not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*
        *when to the next Administration Remedy Stage in 28.C.F.R, § 542.10-18*

Page

On May 1, 2018 a Magistrate Judge in the fifth circuit case No 3:18-CV-0820-D Improperly dismissed the case Roscoe Chamber V Jose A Santana chief F.B.D.P. designator, for the three strike rule

On August 14, 2018 the Judge Philip G Reinhard in case # 3:18-CV-50242 dismiss Chambers case as frivolous and the three strike rule, Chambers V. Khris schmidts

On July the District Judge Michael W Fitzgerald dismissed Chambers case for the three strike rule in case # 2:18-CV-03470, but the appeal court granted In forma Pauperis on Appeal in case # 18-55946 Roscoe Chambers V Tim laske et al

Page 8 a (1)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. These F/BrO/P staff hinder the Administration Remedy process for the ones they do process, and I filed ever Remedy that was available to me,

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

the fifth circuit and 7th circuit  5th circuit  7th circuit
                                    5-1-18      8-14-18

Other cases filed with the same issue

Roscoe Chambers V James Cross et al 3:17-CV-00996-JPG-RJD.    filed Sept 18 2017

Court granted Defendants summary Judgement on Sept 27, 2018

but there has not been a final order pending rule 59(e) motion.


Roscoe Chambers V Dr Hardy 6:17-CV-256-KKC still pending Eastern District of Kentucky chief Judge Karen K Caldwell

cant find the date it was filed. It was under case# 6:17-CV-0146 the Judge changed it for some reason.

Roscoe Chambers V Warden Spanek ; 6:17-CV-0146 - Eastern District of Kentucky dismiss. for failure to state a claim on May 11, 2018

Page 9 a (1)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)  Roscoe Chambers
    Defendant(s)  Dr Allen

2.  Court *(if federal court, name the district; if state court, name the county and State)*
    United States District Court Central District of California

3.  Docket or index number
    5:17-CV-01353-MWF-KES

4.  Name of Judge assigned to your case
    Michael W. Fitzgerald

5.  Approximate date of filing lawsuit
    September 2017  July 10

6.  Is the case still pending?

    ☒ Yes

    ☐ No

    If no, give the approximate date of disposition.  _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?  Yes

☒ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)   Roscoe Chambers
     Defendant(s)   Nicholas A Sarcone

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     US District Court  Southern District of IOWA

3.   Docket or index number
     4:17-CV-00432-SMR-SBJ

4.   Name of Judge assigned to your case
     Stephanie M. Rose

5.   Approximate date of filing lawsuit
     Dec 20  2017

6.   Is the case still pending?

     ☐ Yes

     ☒ No

     If no, give the approximate date of disposition    Dec 20, 2017
     ~~Improperly Granted Immunity~~

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     Improperly granted the Defendant Immunity

Roscoe Chambers VS Lt G Herrera  case # 5:17-CV-02564-MWK Kes still Pending US District court Central District of California, file Dec 2017
Judge Michael W Fitzgerald

Roscoe Chambers V Mark Inch case# 3:18-CV-801 RDM-JFS still pending M D PA

Roscoe Chambers V Warden David J. EBBert case # 3:18-CV-1009-RDM-JFS still pending M D PA

Roscoe Chambers V Warden David J. EBBert case # 3:18-CV-1207-RDM-JFS still pending M.D. PA

page 10 a (1)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   11-29-2018

Signature of Plaintiff   *Roscoe Chambers*

Printed Name of Plaintiff   Roscoe Chambers

Prison Identification #   ID# 13495-030

Prison Address   USP Lewisburg   Special Management Unit; P.O. Box 1000

Lewisburg   PA   17837

City   State   Zip Code

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

City   State   Zip Code

Telephone Number   _____

E-mail Address   _____

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CHAMBERS, ROSCOE | | | Reg #: | 13495-030 |
| Date of Birth: | 05/30/1971 | Sex: | M   Race: BLACK | Facility: | LEW |
| Note Date: | 07/11/2018 14:47 | Provider: | Edinger, Andrew MD/CD | Unit: | X02 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Edinger, Andrew MD/CD

I received word that Inmate Chambers's total knee replacement was being put on hold because of his dental problem. Inmate Chambers has 2 teeth which are infected/abscessed. He is refusing dental extraction for these teeth. He has 6 other teeth with caries which place him at risk for additional dental infections. Given the nature of this, he is at higher risk for post-op hardware infections with a total joint replacement. Central office has denied his transfer on these grounds.

I went to Inmate Chamber's cell to discuss this with him. He became upset and requested a copy of this note. He stated that he would be filing a lawsuit against the BOP for refusing his TKR. I told him that he was not being refused the surgery, but rather that his surgery was being delayed until his teeth were fixed.

It is my understanding that he has been seen by two dentists who have recommending extractions for his infected teeth. I was informed that he has been refusing this unless he has a guarantee that he would receive prosthetic implants. He is aware that this is not BOP policy.

I performed a search of the medical literature. A 2013 Consensus panel on prosthetic joint replacements did concur with screening patients for active dental infection. There are no prospective studies indicating that this definitely leads to prosthetic joint infection. However, as this is an elective procedure as compared to an emergency procedure, it makes good clinical sense to treat and eliminate this risk before proceeding with joint replacement.

At this point, I am placing a hold on his surgery given that he may be at increased risk of prosthetic hardware infection. It is my hope that he will reconsider his dental status in light of this new finding.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Edinger, Andrew MD/CD on 07/11/2018 15:35



## statrad
Leading Teleradiology

## USP Lewisburg LEW

Patient: **CHAMBERS, ROSCOE (Male)**
Register#: **13495-030**
Date: 01/30/18 09:41
Slicecount: 4
History: Pain
Priors:
Exams: FILM BILATERAL KNEES
Referring Phy: SEROSKI
Ordering Phy:
Ordering Phy #:
Accession Numbers: 202#BOP225785991

DOB: 05/30/71
Age: 46
Status: OP

**Final Report**

**Exam: FILM BILATERAL KNEES**

**HISTORY: Pain**

**TECHNIQUE: 4 views of the knees**

**COMPARISON: None**

Findings: The bones are in anatomic alignment without evidence of fracture or dislocation. Moderate joint space narrowing and osteophyte formation throughout the compartments of the left knee. Mild downward tilt of the bilateral medial tibial plateaus. Mild joint space narrowing and osteophyte formation throughout the compartments of the right knee. 2 fixation rods and fractured cerclage wires along the right patella. Prominent dystrophic ossification inferior to the right patella. No significant joint effusion. Mild soft tissue swelling anterior to the inferior patella. There is a 1 cm dystrophic ossification in the right knee suprapatellar joint space.

Impression:
Old healed and fixated right patella fracture in anatomic alignment. There is partial fragmentation of the cerclage wires in the right patella. The hardware is otherwise intact.
Prominent 3 cm dystrophic ossification inferior to the right patella with overlying soft tissue swelling, which may be due to a small right infrapatellar bursitis.
Mild osteoarthritis throughout the compartments of the right knee with moderate osteoarthritis of the patellofemoral compartment. There is a 1 cm intra-articular loose body in the suprapatellar right knee joint space.
Moderate to severe osteoarthritis throughout the compartments of the left knee.

Radiologist:                    Patrick Choi, M.D.

Study ready at 09:42 and initial results transmitted at 02:48

DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Chambers Roscoe    13495-030    G Block    USP. Lewisburg

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST** To have surgery on both my Knees Doctor Andrea EDinger failure to follow professional standards or even prison medical care protocols are objectively cruel conditions, I am in severe pain, Verser V. Elyea 113 F. Supp 2rd 1211, 1215 (ND IL2000) where a prison Doctor Decline to follow the recommendation of a orthopedic specialist which He is not, prison official must be held liable for medical mistreatment, I was suppose to have Knee replacement at the prior facility this Doctor EDinger Knew He has done nothing even after Dr Bal told him I need two Knee replacement back in January. And Im being Denied appropriate Housher March 26, 2018 and medication    _Roscoe Chambers_

DATE    SIGNATURE OF REQUESTER

**Part B- RESPONSE**

**RECEIVED**

MAR 3 0 2018

ADMIN REMEDY CLERK
USP LEWISBURG

_____    _____
DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE    CASE NUMBER: 935567-F2

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

USP LWB    PRINTED ON RECYCLED PAPER

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Print: print pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| Chambers Roscoe | 13443-030 | G Block | USP Lewisburg |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

Part A- INMATE REQUEST Dr EDinger is fired and I receive foot surgery on both my knees I was sent to a podiatric on Feb 2, 2018 He informed Dr Andrew Edinger that I have severe damage to my feet and severe fungus on both feet, failure by unlawful conditions that they know about or fail out their responsibility to make adequate medical care they should be fired, I am in severe pain and discomfort Dr Andrew EDinger not following professional standards protocals I request surgery on both my feet and medication the outside doctor prescribed

2-14-2018                                   Roscoe Chambers
                                            SIGNATURE OF REQUESTER

**RECEIVED**

MAR 3 0 2018

ADMIN REMEDY CLERK
USP LEWISBURG

**RECEIVED**

APR 0 3 2018

ADMIN REMEDY CLERK
USP LEWISBURG

WARDEN OR REGIONAL DIRECTOR

*you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ADMINISTRATIVE REMEDY FILE                    CASE NUMBER: 935564-F2

                                              CASE NUMBER: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|
| | | | |

RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

PRINTED ON RECYCLED PAPER

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Chambers Roscoe ___ 13495-030 ___ G Block ___ USP Lewisburg
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST** Program statement 3420.09, 1380.05, PA Jeniffer Seroski failure to provide adequate medical care, this staff member inappropriately denied me medication recommended by A outside physician, Do to her improper acts I am in severe pain and discomfort, I request the medication and ointment to clear up the fungus! when a prison official refer a prisoner to an outside consultant, they are in effect conceding, that they own Judgement is not sufficient to address the prisoners medical condition. I request Mrs Seroski be fired!

March 26, 2018
DATE

*Roscoe Chambers*
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

**RECEIVED**

MAR 3 0 2018

ADMIN REMEDY CLERK
USP LEWISBURG

**RECEIVED**

APR 0 3 2018

ADMIN REMEDY CLERK
USP LEWISBURG

_____ _____
DATE                  WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**      CASE NUMBER: 935566-F2

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____ _____
DATE           RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN    PRINTED ON RECYCLED PAPER    BP-229
                                          APRIL

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Chambers Roscoe          13495-030     XBlock   USP Lewisburg
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT      INSTITUTION

**Part A- INMATE REQUEST** Lt Napp be fired on August 16, 2018
he impeded my efforts to exhaust my Administrat-
ive remedy, He fabricated a investigation to help
a % cover-up his Illegal act of harrassing me,
This Lt is not authorized to suspend my Due Process
of law rights or the F,B,O,P /DOJ program state-
ments I requested to be interviewed by SIA and
Internal Affairs to prevent future staff Mis-
9-4-18    Conduct                    Roscoe Chambers
DATE                              SIGNATURE OF REQUESTER

**Part B- RESPONSE**

**RECEIVED**

SEP 06 2018

ADMIN REMEDY CLERK
USP LEWISBURG

_____       _____
DATE                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE        CASE NUMBER: 952708-F1

                                  CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____       🗘              _____
DATE              PRINTED ON RECYCLED PAPER   RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                              BP-229(13)
                                                     APRIL 1982

DEPARTMENT OF JUSTICE                                    **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Chambers Roscoe          13495-030    XBlock    USP Lewisburg
LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.       UNIT         INSTITUTION

**Part A– INMATE REQUEST** Program Statement 3420.09, 1380.05 I
filed a bp-8 the Counselor K Gremberling has not returned
It, I request the CMC Mrs Reibsome be fired this
prison official is denying my administrative Remedy
to OBstruct Justice, I requested Mrs C. smith
supervisors name and Address pursuant to 28 C.F.R.
§ 513 Subpart D, And this CMC is trying to help
Mrs smith cover up her illegal Act

9-4-18                                    Roscoe Chambers
DATE                                      SIGNATURE OF REQUESTER

**Part B– RESPONSE**

**RECEIVED**

SEP 0 6 2018

ADMIN REMEDY CLERK
USP LEWISBURG

_____          _____
DATE                               WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**          CASE NUMBER: 952712-F1

                                        CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                    _____
DATE                                         RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN          PRINTED ON RECYCLED PAPER          BP-229(13)
                                                    APRIL 1982

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Chambers Roscoe        13495-030   XBlock   USP Lewisburg
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST** A Interview with S.I.A office and Intenal Affairs program statement 1380.05 and 1210.22 Someone in the Mailroom is delaying my legal mail on Oct 1, 2018 % D eroh gave me a envelope post mark August 17, 2018 from Assistant US Attorney Thomas Gentry from Kentucky I request the staff responsible be fired and the nearest US Attorney office and F.B.I office contacted I request the camera footage preserve for oct 1, 2018 when % D Eroh passed me my mail through the Door cell-113

10-9-18                                    Roscoe Chambers
DATE                                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

**RECEIVED**

OCT 1 0 2018

ADMIN REMEDY CLERK
USP LEWISBURG

_____        _____
DATE                   WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE          CASE NUMBER: 956259-F1

                                       CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____  _____  _____  _____
           LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____        _____
DATE                   RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                 PRINTED ON RECYCLED PAPER          BP-229(13)
                                                           APRIL 1982

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: CHAMbers Roscoe     13495-030     G Block     USP Lewisburg
   LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A- INMATE REQUEST** Dr Andrew E Dinger. violated my rights to adequate medical care, He sent me to see. A orthopedic Doctor Ball who told Dr E Dinger I need two Knee replacements, Dr Andrew E Dinger told me he was putting me in for Knee surgery. He did not I request Dr Andrew E Dinger be fired and I be transferred to a medical facility to have Knee surgery! The government must provide medical care for those whom it punishes by incarceration

April 5, 2018                                  Roscoe Chambers
   DATE                                    SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED

APR 0 6 2018

ADMIN REMEDY CLERK
USP LEWISBURG

_____          _____
DATE                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**          CASE NUMBER: 936205-F1

                                         CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
   LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     IN

SUBJECT: _____

_____                    _____
   DATE                          RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                    PRINTED ON RECYCLED PAPER

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Chambers Roscoe    13495-630    XBlock    USP Lewisburg
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST** Deputy Captain Kronkle be fired for frabricating a investigation into staff Misconduct, on August 16, 2018, I filed a Bp-8 the Counsel K Gemberling say they refuse to process it, this Deputy Captain is not Congress he Can not supend the F.B.O.P/DOJ program statement to help Co's Cover-up Illegal Acts, It suppose to prevent future staff Misconduct

9-4-18
DATE

Roscoe Chambers
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

**RECEIVED**

SEP 0 6 2018

ADMIN REMEDY CLERK
USP LEWISBURG

_____    _____
DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE    CASE NUMBER: 952707-F1

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN    PRINTED ON RECYCLED PAPER    BP-229(13)
APRIL 1982

... OF JUSTICE
... of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Chambers Roscoe    13495-030   X Block   USP Lewisburg
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.     UNIT     INSTITUTION

Part A- INMATE REQUEST   To have Knee Replacement Dr Andrew EDinger Is Fabricating a medical Issue to Improperly deny me adequate medical Care, He claims I have two infected teeth inwhich I refuse to have pulled which is not true He came to my cell and told me I had some Kind of Infection in my mouth which cause bone infection This is a ly and He is trying to deny my transfer to a medical facility Improperly to retaliate for me exhausting Program statement 1330,18 I request to be transferred to a medical facility for surgery

July 16, 2018
DATE

*Roscoe Chambers*
SIGNATURE OF REQUESTER

Part B- RESPONSE

**RECEIVED**

JUL 1 6 2018

ADMIN REMEDY CLERK
USP LEWISBURG

**RECEIVED**

JUL 2 7 2018

ADMIN REMEDY CLERK
USP LEWISBURG

_____ DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE     CASE NUMBER: 946793-F2

CASE NUMBER: _____

Part C- RECEIPT
Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____ DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

PRINTED ON RECYCLED PAPER

BP-229(13)
APRIL 1982

Admin. Remedy No.: 956259-F1
Part B- Response

## ADMINISTRATIVE REMEDY RESPONSE

This is in response to your Request for Administrative Remedy received
October 10, 2018, wherein you claim staff is holding or delaying
your incoming legal mail. You are requesting staff be held accountable
for their alleged actions.

An examination has been conducted regarding your claims, to include
interviews with applicable staff and a review of documentation.
No significant information was discovered to support your claims.
Your mail, legal or otherwise, has not been hindered in any way and
has been processed as outlined in Bureau of Prisons policy, Program
Statement 5265.14, Correspondence.   Program Statement 5800.10, Mail
Management Manual, states in part: "Incoming correspondence shall
be delivered daily Monday through Friday. Delivery of letters may
not be delayed and shall ordinarily be accomplished within 24 hours
of receipt, excluding weekends and holidays." The Mail Room staff
at USP Lewisburg is in compliance with this policy. Incoming mail
is not held or delayed by Mail Room staff. Mail is ordinarily delivered
to inmates the same day that it is received at the institution, Monday
through Friday, excluding holidays.

In view of the above, there is no basis for relief, and your request
for Administrative Remedy is denied.

If you are dissatisfied with this response, you may appeal to the
Regional Director, United States Federal Bureau of Prisons, Northeast
Regional Office, United States Customs House - Seventh Floor, Second
and Chestnut Streets, Philadelphia, PA 19106, within twenty (20)
calendar days from the date of this response.


__11/07/18__
Date

__David J. Ebbert, Warden__

Roscoe Chambers ID#13495-030
  USP Lewisburg
  G Block cell-408
            Associate-Warden of Operation
              B Lammers·

I am requesting a review of my medical X Rays

I have a tumor in my right Leg/shin  I

believe its growing out the "bottom of my right feet,

I want this tumor "removed" ~~now~~ imediately medical
did not have the professional courtesy to inform
me of this severe situation

My family has a history of cancer. I cant
sleep this is a serious situation

      Please inform me of what you intend to do
and what I should do

THIS IS NOT A CANCER. YOU HAVE ADVANCED ARTHRITIS IN
YOUR KNEE. YOU NEED A KNEE REPLACEMENT. THE CURRENT
ARTHRITIS IN YOUR KNEE IS MAKING YOU WALK ABNORMALLY.
THIS ABNORMAL WALKING IS CAUSING ABNORMAL PRESSURE ON
YOUR FOOT WHICH HAS CAUSED THE CALLOUS ON YOUR FOOT.
I CAN REMOVE THE CALLOUS, BUT IT WILL LIKELY GROW
BACK. UNTIL YOUR KNEE IS FIXED. HOW WOULD YOU LIKE
TO PROCEED?                           A. M Edinger

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Chambers Roscoe**    **13495-030**    **XBlock**    **USP Lewisburg**

     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST** Dr Andrew EDinger is Conspiring with the Dentist Department to fabricate a medical issue to deny/delay my medical transfer and surgery to my Knee's and feet, I request program statement 3420.09 1380.05, 1210.22, and that Dr Andrew EDinger be fired, the Deputy Captains response was bare boned and did not express any action I request, I request to be interviewed by SIA + Internal Affairs

10-9-18
DATE

*Roscoe Chambers*
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

**RECEIVED**

OCT 1 0 2018

ADMIN REMEDY CLERK
USP LEWISBURG

_____ DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**     CASE NUMBER: **956127-F1**

     CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____ DATE      ⊗ PRINTED ON RECYCLED PAPER     RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

BP–229(13)
APRIL 1982

Admin. Remedy No.: 956127-F1
Part B – Response

### ADMINISTRATIVE REMEDY RESPONSE

This is in response to your Request for Administrative Remedy received October 10, 2018, wherein you allege dental staff have fabricated a medical issue in efforts to deny transfer for bilateral knee surgery.

A thorough review of this matter reveals you are receiving appropriate medical care in accordance to your clinical assignments. Based on medical record review your bi-lateral knee surgery was approved.  However, Medical Designations denied/delayed the transfer due to moderately infected teeth, which are avenues for post-surgical complications and/or systemic infections.

Once your dental issues are resolved and no longer post a surgical concern you will be resubmitted for surgery. If you feel your condition has changed or worsened, sign up for daily sick call to be evaluated by your Primary Care Provider.

Based on the above findings, your request for Administrative Remedy is denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, United States Federal Bureau of Prisons, Northeast Regional Office, United States Customs House-Seventh Floor, Second and Chestnut Streets, Philadelphia, PA 19106, within twenty (20) calendar days from the date of this response.

10 /16 /18
Date

David J. Ebbert, Warden

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Chambers Roscoe    1349S-030   XBlock   USP Lewisburg
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST**  The management variable removed that was Im-
properly place on him Dec 8, 2017, The incident reports that was
used were expunged or now pending Expunge, the only other
incident report was frabricated by USP staff and will be
under review in case # 3:18-cv-1009-RDM-JFS, Incident
report # 3106016 Chambers has followed all F.B.O.P rules and
all the incident report used was fabricated by F.B.O.P.
staff to cover-up their illegal acts, this management
variable must be removed even the 409 form used supports
this.

9-25-18
DATE

*Roscoe Chambers*
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

**RECEIVED**

SEP 27 2018

ADMIN REMEDY CLERK
USP LEWISBURG

_____                    _____
DATE                                   WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: 954862-F1

                                              CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____                    _____
DATE                                   RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN      PRINTED ON RECYCLED PAPER                          BP-229(13)
                                                               APRIL 1982

**Admin. Remedy No.: 956130-F1**
**Part B- Response**

### ADMINISTRATIVE REMEDY RESPONSE

This is in response to your Request for Administrative Remedy received October 10, 2018, wherein you allege dental staff have fabricated a medical issue in efforts to deny transfer for bilateral knee surgery.

A review of this matter reveals this same issue was previously addressed in Administrative Remedy number 956124-F1.

Based on the above findings, your Request for Administrative Remedy is denied as repetitive.

If you are dissatisfied with this response, you may appeal to the Regional Director, United States Federal Bureau of Prisons, Northeast Regional Office, United States Customs House - Seventh Floor, Second and Chestnut Streets, Philadelphia, PA 19106, within twenty (20) calendar days from the date of this response.

10/16/18
Date

David J. Ebbert, Warden

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Chambers Roscoe   13495-030   XBlock   USP Lewisburg
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST**   I request and interview with SIA and Internal Affairs Dr Parnass is fabricating a medical Condition to deny/delay my medical transfer, and is violation my eighth amendment right, to deliberate Indifference, and pain and suffering the Dentist need to be fired, and the Deputy Captains response in not appropriate and violating my rights of Due Process to request program statement 3420.09, 1380.05, and 1210.22,

10-9-18
DATE

Roscoe Chambers
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

10/10/18

**RECEIVED**

OCT 1 0 2018

ADMIN REMEDY CLERK
USP LEWISBURG

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE      CASE NUMBER: 956130-F1

     CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____   _____
DATE      RECIPIENT'S SIGNATURE (STAFF MEMBER)

PRINTED ON RECYCLED PAPER

USP LVN

BP–229(13)
APRIL 1982

U.S. ___ent of Justice

Federal ___ of Prisons

**Central Office Administrative Remedy Appeal**

Type o___ ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attach-ments must be submitted with this appeal.

From: Chambers Roscoe    13495-030    X Block    USP Lewisburg
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** I am being denied adequate medical care the Physician Assistance J. Seroski and Doctor Andrew EDinger, warden EBBert and the Regional Director is aware of my injury's and the Risll I have two severely damage feet that need surgery I was sent to a outside podiatrist on Febuary 27, 2018 He informed them of my severe injuries they have done nothing to put me in for surgery or have me tranferred to a medical facility these medical staff Conceded to my medical issue when they sent me to a outside professional, My feet are broke I need surgery they cant operate Here I request to Be transferred to a medical facility where I can have surgery

July 2 2018
DATE

Roscoe Chambers
SIGNATURE OF REQUESTER

**Part B - R___**

RECEIVED

AUG 1 5 2018

Administrative Remedy Section
Federal Bureau of Prisons

RECEIVED

JUL 1 3 2018

Administrative Remedy Section
Federal Bureau of Prisons

_____    GENERAL COUNSEL
DATE

ORIGINAL: RETURN TO INMATE    CASE NUMBER: 935566 A1, A4

**Part C - RECEIPT**    CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN    PRINTED ON RECYCLED PAPER    BP-231(13)
JUNE 2002

Certificate of Service

I Roscoe Chambers Hereby certify under penalty of perjury Pursuant to title 28 U.S.C. §1746 the contents are true and Correct, a complete copy of the following Motion was sent to the Court

Complaint for violation of civil rights

Which is deemed filed on the Date that it is presented to prison officials for forwarding to the United state Postal Service, see Houston vs lack, 101 L.ed.2d 245 (1988) upon the Court and served parties to the litigation and/or his/her attorney's of record, by placing same in a sealed, postage prepard envelope addressed to iClerk of Court¡ United states District Court Middle District of Pennsylvania 235 North washington Avenue P.O. Box 1148 Scranton, PA 18501-1148

And deposited same in the legal Mail Depository for the United states Post office, at the United states Penitentiary Lewisburg signed this 19th day of November 2018

Respectfully submitted by

Signed = 11-9-18

Roscoe Chambers 13495-030
Roscoe Chambers
USP Lewisburg
Special Management Unit
P.O. Box 1000
Lewisburg PA 17837



RECEIVED
SCRANTON
2 0 NOV 2018

PER _____ DEPUTY CLERK

legal mail

of the Clerk
District Court
District of Pennsylvania
Federal Bldg + US Courthouse
Washington Avenue
1148
PA 18501-1148