UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ROSCOE CHAMBERS, #13495-030,

    Plaintiff,

v.

DR. ANDREW M. EDINGER, et al.,

    Defendants.

CIVIL ACTION NO. 3:18-CV-02251

(MARIANI, J.)
(SAPORITO, M.J.)

## ORDER

AND NOW, this 14th day of January, 2019, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is **DENIED**; and

2. The plaintiff is **ORDERED** to pay the applicable $400 filing and administrative fees in full **within thirty (30) days** of the date of this Order or the dismissal of this action will be recommended.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge